# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

Raymond Ruszala
v.
Atlantic Lighting, Inc

FILED
CLERKS OFFICE
2005 APR -1 P 12: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10418 DPW

TO: (Name and address of Defendant)

Atlantic Lighting, Inc
89 Globe Mills Avenue
Fall River, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J Lynch
Lynch Associates, PC
50 Congress Street
Suite 745
Boston MA 02109

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                      MAR - 1 2005
CLERK                                                  DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

**Bristol County Sheriff's Department** ● P.O. Box G-928 ● New Bedford, MA 02742-0928 ● 992-6631

*Bristol, ss.*                                                                 March 21, 2005

I hereby certify and return that on 3/18/2005 at 09:56 am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Gabe Estrella, agent, person in charge at the time of service for Atlantic Lighting, Inc., 89 Globe Mills Avenue, Fall River, MA. Copies ($2.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.65

Deputy Sheriff Dennis Medeiros                                          /s/ _____
                                                                         *Deputy Sheriff*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.