FILED
Clerk's Office
USDC, Mass.
Date 7/12/05
By m.k.
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA

Plaintiff,

v.

ATLANTIC LIGHTING, INC.

Defendant.

Civil Action No. 03-10418-DPW

**CERTIFICATION OF COUNSEL
REGARDING ALTERNATIVE DISPUTE RESOLUTION
PURSUANT TO LOCAL RULE 16.1(D)(3)**

I, Thomas J. Lynch, certify that I have conferred with Attorney Humberto Polito the law firm Polito & Quinn, LLC, located in Waterford, Connecticut with a view toward:

    a. establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    b. to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Mr. Polito is counsel to the plaintiff in Connecticut, has made the referral of the matter to my office in Boston and is the authorized representative of the plaintiff.

The Plaintiff
By his attorneys

_____
Thomas J. Lynch
Lynch Associates, P.C.
50 Congress Street
Suite 745
Boston, MA  02109
Telephone: 617-367-1110

_____
Humberto Polito
Polito & Quinn, LLC
567 Vauxhall Street
Suite 230
Waterford, CT 06385
Telephone: 860-447-3300

## CERTIFICATE OF SERVICE

I, Thomas J. Lynch, attorney for the Plaintiff, Raymond Ruszala, certify that on Tuesday, July 12, 2005, I served the:

CERTIFICATION OF COUNSEL REGARDING ALTERNATIVE DISPUTE RESOLUTION PURSUANT TO LOCAL RULE 16.1(D)(3)

on all Counsel of Record in this matter by hand at Court on Tuesday, July 12, 2005.

DATED: July 12, 2005                     _____
                                                        Thomas J. Lynch