FILED
Clerk's Office
USDC, Mass.
Date 7/12/05
By m R
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10418DPW

RAYMOND RUSZALA,
   Plaintiff

v.

ATLANTIC LIGHTING, INC.,
   Defendant

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The defendant, Atlantic Lighting, Inc., by its counsel and authorized representative, hereby certifies that counsel and the authorized representative have conferred regarding the requirements of Local Rule 16.1(D)(3)(a) & (b)

ATLANTIC LIGHTING, INC.,
By its Attorney,

Dwight D. Valentine, BBO# 507200
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800

By its Authorized Representative,
John Pasterczyk, Claim Representative
St. Paul Travelers Insurance Company
P.O. Box 422, Foster, RI 02825
(401) 397-9171

Date: July 12, 2005
Boston, Massachusetts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10418DPW

RAYMOND RUSZALA,
        Plaintiff

v.

ATLANTIC LIGHTING, INC.,
        Defendant

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The defendant, Atlantic Lighting, Inc., by its counsel and authorized representative, hereby certifies that counsel and the authorized representative have conferred regarding the requirements of Local Rule 16.1(D)(3)(a) & (b)

ATLANTIC LIGHTING, INC.,
By its Attorney,

_____
Dwight D. Valentine, BBO# 507200
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800

_____
By its Authorized Representative,
John Pasterczyk, Claim Representative
St. Paul Travelers Insurance Company
P.O. Box 422, Foster, RI 02825
(401) 397-9171

Date: July 12, 2005
Boston, Massachusetts