UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA,
    Plaintiff,

v.                       CIVIL ACTION
                             NO.05-10418-DPW

ATLANTIC LIGHTING, INC.,
    Defendant

## SCHEDULING ORDER

WOODLOCK, D.J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been heard on July 12, 2005, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)     amendments and/or supplements to the pleadings shall be filed by **JULY 28, 2005;** Answer from any new parties due **AUGUST 28, 2005**;

(2)     Automatic disclosure shall be made forthwith.

(3)     all trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided) no later than **FEBRUARY 15, 2006**; expert depositions to be completed by **MARCH 30, 2006**;

(4)     fact discovery is to be completed by **DECEMBER 1, 2005**, unless shortened or enlarged by Order of this Court;

(5)     defendants shall complete any medical or vocational examinations of the plaintiff by **JANUARY 15, 2006**

(6)     the parties having consented to proceed before Magistrate Judge Sorokin pursuant to 636(c), it is hereby Ordered that the above captions matter is re-assigned from Judge Woodlock to Magistrate Judge Sorokin for all pretrial, trial and post trial

      proceedings.  The parties shall substitute the initial LTS in place of DPW after the docket number on all future filings.

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

    Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED:  July 14, 2005