UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA,
    Plaintiff,

    v.                                   CIVIL ACTION
                                          NO.05-10418-DPW

ATLANTIC LIGHTING, INC.,
    Defendant,

### ORDER OF RE-ASSIGNMENT TO MAGISTRATE JUDGE

WOODLOCK, D.J.

    On July 12, 2005 the parties executed a Consent to the Exercise of Jurisdiction by a United States Magistrate Judge. Accordingly, the above captioned case is hereby ORDERED re-assigned to Magistrate Judge Leo Sorokin for all pretrial, trial, and post trial proceedings pursuant to 28 U.S.C. §636(c). From this date forward the case number on all pleadings should be followed by the initials LTS.

                                                        By the Court,

                                                        /s/ Michelle Rynne
DATED: July 14, 2005                             Deputy Clerk