# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Raymond Ruszala

V.

Atlantic Lighting, Inc.
ASHWORTH CARD CLOTHING, INC.
~~89 GLOBE MILLS AV~~
STAR METAL FINISHING, INC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10418-LTS

TO: (Name and address of Defendant)

ASHWORTH CARD CLOTHING, INC.
89 GLOBE MILLS AVE
FALL RIVER, MA 02724

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS J LYNCH, ESQ
LYNCH ASSOCIATES PC
50 CONGRESS STREET
SUITE 745
BOSTON, MA 02109
617-367-1110

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 2 2 2005

CLERK



(By) DEPUTY CLERK    DATE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                    Signature of Server

                       _____
                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.