AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

RAYMOND RUSZALA

V.

Atlantic Lighting, Inc.
ASHWORTH CARD CLOTHING, INC.
STAR METAL FINISHING, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10418-LTS

TO: (Name and address of Defendant)

STAR METAL FINISHING, INC.
89 GLOBE MILLS AVE
FALL RIVER, MA 02724

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS J LYNCH, ESQ
LYNCH ASSOCIATES, P.C.
50 CONGRESS ST
SUITE 745
BOSTON, MA 02109
617-367-1110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.




SARAH A. THORNTON

CLERK

JUL 22 2005

DATE

(By) DEPUTY CLERK

NA

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

*Bristol, ss.*

[illegible]

[illegible]

Deputy Sheriff

☐ Other (specify): ______

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.