UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND RUSZALA<br><br>   Plaintiff,<br><br> v.<br><br>ATLANTIC LIGHTING, INC.,<br>ASHWORTH CARD CLOTHING, INC.,<br>and STAR METAL FINISHING, INC.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10418-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF ASHWORTH CARD CLOTHING, INC. TO AMEND
SCHEDULING ORDER TO ENLARGE TIME TO ANSWER
<u>FIRST AMENDED COMPLAINT</u>**

Defendant Ashworth Card Clothing, Inc. ("Ashworth") [1] hereby moves to amend the Scheduling Order entered by Judge Douglas P. Woodlock on July 14, 2005 in the above-captioned matter, to enlarge the time for Ashworth to answer Plaintiff's First Amended Complaint and Jury Demand (the "Complaint") by fifteen days, until September 12, 2005. In support of its motion, Ashworth, through counsel, states the following:

  1.  Judge Woodlock entered a Scheduling Order in the above captioned-matter – which originally named only Atlantic Lighting, Inc. as a Defendant – on July 14, 2005. The Scheduling Order permitted Plaintiff to amend his Complaint to add additional Defendants. The Scheduling Order required Plaintiff to amend the Complaint to add additional Defendants by July 28, 2005. *See* Scheduling Order ¶ 1.

---

[1] Ashworth was acquired by ECC Card Clothing, Inc. Therefore, the appropriate name for the company formerly known as Ashworth is ECC Card Clothing, Inc.

2. The Scheduling Order required any new Defendants added by the amended Complaint to answer the Complaint by August 28, 2005. *Id.*

3. Ashworth was added as a party by the amended Complaint, and received a copy of the Complaint on August 15, 2005. The undersigned counsel received a copy of the Complaint on August 19, 2005.

4. Ashworth is investigating the allegations in the Complaint in order to prepare a response thereto and seeks additional time in order to complete that investigation.

WHEREFORE, Ashworth respectfully requests that this Court amend the Scheduling Order entered by Judge Woodlock on July 14, 2005, to enlarge the time for Ashworth to answer the Complaint by fifteen days, until September 12, 2005.

Respectfully submitted,

ASHWORTH CARD CLOTHING, INC.

By its attorneys,

/s/ Timothy J. Casey_____
Matthew M. Burke (BBO No. 557281)
Timothy J. Casey (BBO No. 650913)
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624
(617) 951-7000

Dated: August 24, 2005

-3-

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to District Court Local Rule 7.1(A)(2), I certify that I have contacted counsel for Plaintiff twice by telephone in an attempt to confer about this motion and obtain his assent to the motion.  Counsel for Plaintiff is away on vacation this week; accordingly, I left messages for counsel requesting his assent to the motion.

/s/ Timothy J. Casey
Timothy J. Casey

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following counsel of record by hand on August 24, 2005:

Thomas J. Lynch, Esq.  
Lynch Associates LLC  
50 Congress Street, Suite 745  
Boston, MA  02109

Dwight D. Valentine, Esq.  
Niarchos, Sullivan, Valentine & Malay  
50 Staniford Street, 8th Floor  
Boston, MA  02114

/s/ Timothy J. Casey
Timothy J. Casey