UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA

    Plaintiff,

v.

ATLANTIC LIGHTING, INC.,
ASHWORTH CARD CLOTHING, INC.
AND STAR METAL FINISHING, INC.

    Defendants.

Civil Action No. 05-10418-LTS

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. Rules 12 (a)(1)(A) and 55(a), the plaintiff, Raymond Ruszala, hereby moves this Court to enter a default judgment against the defendant Star Metal Finishing, Inc. ("Star Metal")  The grounds for this motion are as follows:

1. With leave of court, the plaintiff filed his first amended complaint adding Star Metal as a party defendant.

2. The plaintiff then delivered a summons and the first amended complaint to the Sheriff of Bristol County for service in Star Metal.

3. The Sheriff obtained in-hand service on Star Metal on August 3, 2005 and has filed with this Court the return of service as proof thereof.

4. At the time of service, the plaintiff also served on Star Metal the scheduling order entered by this Court requiring the defendant to answer the complaint on or before August 28, 2005.

5. The defendant Star Metal has failed to answer the complaint in accordance either with the scheduling order or Rule 12(a)(1)(A) and Rule 55(a).

6. The plaintiff has sent a copy of this Motion for Entry of Default by certified mail to the defendant Star Metal at its usual place of business located at 89 Globe Mills Avenue, Fall River, MA.

Accordingly, the plaintiff moves this Court to enter a default judgment against

the defendant, Star Metal Finishing, Inc.

The Plaintiff,
Raymond Ruszala,
By His Attorneys

_____
Thomas J. Lynch
BBO # 309230
Lynch Associates, P.C.
50 Congress Street
Suite 745
Boston, MA 02109
Telephone: 617-367-1110
Facsimile: 617-720-7867
Email:

## CERTIFICATE OF SERVICE

I, Thomas J. Lynch, attorney for the plaintiff, Raymond Ruszala, certify that on Wednesday, September 14, 2005, I served the:

Motion for Entry of Default Judgment

on all Counsel of Record in this matter by First Class Mail, Postage Pre-Paid.

DATED: September 14, 2005

_____
Thomas J. Lynch