AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        Massachusetts

## APPEARANCE

Case Number: 05-10418-LTS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bekaert Carding Solutions, Inc., formerly known as
Ashworth Card Clothing, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/4/2006 | /s/ Rosanne E. Felicello |
| Date | Signature |

CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2006. | Rosanne E. Felicello | | 654022 |
| | Print Name | | Bar Number |
| | Ropes & Gray LLP, One International Place | | |
| | Address | | |
| | Boston, MA 02110 | | |
| /s/Rosanne E. Felicello | City | State | Zip Code |
| | 617-951-7395 | | 617-951-7050 |
| | Phone Number | | Fax Number |