UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND RUSZALA<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC LIGHTING, INC.,<br>ASHWORTH CARD CLOTHING, INC.,<br>and STAR METAL FINISHING, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10418-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.3(A) STATEMENT AND
## FEDERAL RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
## <u>ASHWORTH CARD CLOTHING, INC.</u>

Pursuant to Local Rule 7.3(A) and Federal Rule 7.1, Bekaert Carding Solutions, Inc., incorrectly named in the Complaint as Ashworth Card Clothing, Inc., hereby states that it is wholly-owned by Bekaert Corporation, located at 3200 West Market St., Suit 303, Akron, OH, 44333-3326. Bekaert Corporation is wholly-owned by NV Bekaert S.A., a Belgium entity.

            Respectfully submitted,

            BEKAERT CARDING SOLUTIONS, INC.,
            Incorrectly named in the Complaint as
            Ashworth Card Clothing, Inc.,

            By its attorneys,

            <u>/s/ Rosanne E. Felicello</u>
            Matthew M. Burke (BBO No. 557281)
            Rosanne E. Felicello (BBO No. 654022)
            Ropes & Gray LLP
            One International Place
            Boston, MA  02110-2624
            PHONE: (617) 951-7000
            FAX: (617) 951-7050

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered part participants on January 6, 2006.

/s/ Rosanne E. Felicello
_____

9903223_1.DOC                                -2-