UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND RUSZALA,<br><br>           Plaintiff<br>v.<br><br>ATLANTIC LIGHTING, INC.,<br>ASHWORTH CARD CLOTHING, INC.,<br>AND STAR METAL FINISHING, INC.,<br><br>           Defendant. | Civil Action No. 05-10418-LTS |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of undersigned counsel on behalf of the defendant Bekaert Carding Solutions, Inc., incorrectly named in the complaint as Ashworth Card Clothing, Inc., in the above-captioned matter.

                                            Respectfully submitted,

                                            /s/ Holly J. Caldwell
                                            Holly J. Caldwell (BBO # 655031)
                                                 holly.caldwell@ropesgray.com
                                            Ropes & Gray LLP
                                            One International Place
                                            Boston, Massachusetts 02110-2624
                                            (617) 951-7000
                                            (617) 951-7050 (facsimile)

Dated: May 5, 2006

Certificate of Service

I hereby certify that on May 5, 2006, a true and correct copy of the foregoing document was served upon plaintiff's counsel by first-class mail.

                                            /s/ Holly J. Caldwell
                                            Holly J. Caldwell

10016317_1