## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND RUSZALA | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) Civil Action No. 05-10418-LTS <br> ) |
| ATLANTIC LIGHTING, INC., <br> ASHWORTH CARD CLOTHING, INC., <br> and STAR METAL FINISHING, INC. | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

### NOTICE OF WITHDRAWAL

I, Rosanne E. Felicello, an associate at the law firm Ropes & Gray LLP, and an attorney of record in the above-captioned matter, hereby withdraw my appearance as counsel on behalf of Bekaert Carding Solutions, Inc. ("Bekaert"), named in the Complaint as Ashworth Card Clothing, Inc..

Effective May 5, 2006, I will no longer be practicing with the law firm of Ropes & Gray LLP. Ropes & Gray LLP will continue as counsel for Bekaert, with Matthew M. Burke continuing to act as counsel of record.

                                                          Respectfully submitted,

                                                          BEKAERT CARDING SOLUTIONS, INC.,
Incorrectly named in the Complaint as
Ashworth Card Clothing, Inc.,

By its attorneys,

/s/ Rosanne E. Felicello_____
Matthew M. Burke (BBO No. 557281)

10017630_1.DOC

-2-

        Rosanne E. Felicello (BBO No. 654022)
        Ropes & Gray LLP
        One International Place
        Boston, MA  02110-2624
        PHONE: (617) 951-7000
        FAX: (617) 951-7050

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2006.

        /s/ Rosanne E. Felicello
        _____