UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA

      Plaintiff,

v.

ATLANTIC LIGHTING, INC.

      Defendant.

Civil Action No. 03-10418-DPW

## MOTION TO CONTINUE STATUS CONFERENCE
## (ASSENTED)

The plaintiff, with the assent of the defendants, hereby moves this Court to reschedule the status conference, presently scheduled for June 8, 2006 to June 19, 2006 at 2:45 p.m. The grounds for this motion are that a personal conflict has arisen and counsel for the plaintiff is not available on June 8, 2006.

| | |
|---|---|
| The Plaintiff | The Defendant |
| Raymond Ruszala | Atlantic Lighting, Inc. |
| By his attorneys | By its attorneys |
| /s/ Thomas J. Lynch | /s/ Dwight D. Valentine |
| Thomas J. Lynch | Dwight D. Valentine |
| BBO# 309230 | BBO# 507200 |
| Lynch Associates, P.C. | Law Offices of Thomas Niarchos |
| 50 Congress Street | 100 Summer Street |
| Boston, MA 02109 | Boston, MA 02114 |
| Telephone: 617-367-1110 | Telephone: 617-772-2800 |
| Facsimile: 617-720-7867 | Facsimile: 617-772-2828 |
| Email: tlynch1956@yahoo.com | dvalent1@stpaultravelers.com |

The Defendant
Ashworth Card Clothing
By its attorneys

*/s/ Holly J. Caldwell*

Holly J. Caldwell
Ropes & Gray
One International Place
Boston, MA 021110
Telephone: 617-951-7988





**50 CONGRESS STREET**
**SUITE 745**
**BOSTON, MA 02109**
Tel: 617.367.1110          Fax: 617.720.7867

THOMAS J. LYNCH
ATTORNEY-AT-LAW

tjllaw@earthlink.net

May 31, 2006

SOUTH SHORE OFFICE

105 HAMPTON CIRCLE
HULL, MA 02045
Telephone: 781-925-1108

**BY FACSIMILE: 617-748-4580**

Assistant Clerk Maria Simeone
Clerk to Magistrate Sirokin
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   *Raymond Ruszala v. Atlantic Lighting, Inc.*
      *United States District Court*
      *Civil Action No. 05-10418-LTS*

Dear Ms. Simione:

   Pursuant to our telephone conversation today, enclosed for filing in the above-captioned matter is the Assented to Motion to Continue Status Conference. As we discussed the status conference will be rescheduled for June 19, 2006 at 2:45 p.m.

   Thank you.

                                          Very truly yours

                                          Thomas J. Lynch

Cc:   Dwight Valentine, Esq.
      Holly Caldwell, Esq.