UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND RUSZALA,<br><br>               Plaintiff<br>   v.<br><br>ATLANTIC LIGHTING, INC.,<br>ASHWORTH CARD CLOTHING, INC.,<br>AND STAR METAL FINISHING, INC.,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10418-LTS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of undersigned counsel on behalf of the defendant Bekaert Carding Solutions, Inc., incorrectly named in the complaint as Ashworth Card Clothing, Inc., in the above-captioned matter.

Respectfully submitted,

/s/ Levina Wong
Levina Wong (BBO # 654510)
   levina.wong@ropesgray.com
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000
(617) 951-7050 (facsimile)

Dated: September 26, 2006

Certificate of Service

I hereby certify that on September 26, 2006, a true and correct copy of the foregoing document was served upon plaintiff's counsel by first-class mail.

/s/ Levina Wong
Levina Wong

10210626_1