UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10418LTS

RAYMOND RUSZALA,
     Plaintiff

v.

ATLANTIC LIGHTING, INC.,
ASHWORTH CARD CLOTHING, INC.
and STAR METAL FINISHING, INC.

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE ABOVE COURT:**

     Kindly withdraw my appearance on behalf of the above-named defendant, Atlantic Lighting, Inc. and Star Metal Finishing, Inc., in the above-entitled action. This notice is accompanied by the appearance of successor.

          Defendant, Atlantic Lighting, Inc. and Star Metal
          Finishing, Inc.
          By their attorney,


          /s/Dwight D. Valentine
          Dwight D. Valentine, BBO# 507200
          Law Offices of Thomas M. Niarchos
          100 Summer Street, Suite 201
          Boston, MA  02110
          (617) 772-2800