UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA,
    Plaintiff

v.

                                              CIVIL ACTION NO. 05-10418-LTS

ATLANTIC LIGHTING, INC.
ASHWORTH CARD CLOTHING, INC.
and STAR METAL FINISHING, INC.,

    Defendant.
================================

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE COURT:**

    Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of the above-named Defendants, Atlantic Lighting, Inc., and Star Metal Finishing, Inc., in the above-entitled action. This notice is accompanied by the Notice of Withdrawal of predecessor counsel.

    I certify that I am admitted to practice in this court.

                                        The Defendants,
                                        Atlantic Lighting, Inc.
                                        and Star Metal Finishing, Inc.
                                        By their attorney,

                                        /s/ Mark S. Roder_____
                                        Mark S. Roder, BBO # 424270
                                          mroder@travelers.com
                                        Law Offices of Thomas M. Niarchos
                                        100 Summer Street, Suite 201
                                        Boston, MA  02110
                                        Telephone: (617) 772-2800
                                        Facsimile: (617) 772-2828

**CERTIFICATE OF SERVICE**

    I hereby certify that this document and a Notice of Withdrawal of Appearance will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 22, 2006.

                                          /s/ Mark S. Roder
                                          Mark S. Roder (BBO #424270)
                                          mroder@travelers.com