UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA,
    Plaintiff

v.

                                        CIVIL ACTION NO. 05-10418-LTS

ATLANTIC LIGHTING, INC.
ASHWORTH CARD CLOTHING, INC.
and STAR METAL FINISHING, INC.,

    Defendant.
=================================

**STATUS REPORT**

**TO THE CLERK OF THE ABOVE COURT:**

    As directed by the Court, counsel for the plaintiff and counsel for Defendants Atlantic Lighting, Inc. and Star Metal Finishing, Inc. (hereinafter referred to as "the Defendants") were to provide a status report to the Court.

    Despite multiple phone messages left for plaintiff's counsel, as well as letters dated November 30, 2006 and December 15, 2006, from counsel for the Defendants requesting information necessary to prepare the status report, plaintiff's counsel has not replied. Copies of these letters are attached as Exhibit A and Exhibit B.

    As of this date, the status of the case is as follows:

1.    The Plaintiff has not made a settlement demand.

2.    The Plaintiff has not disclosed the amount of the workmen's compensation lien.

3.    The Plaintiff needs to provide updated medical records through the present. The last medical record is dated March 1, 2006.

4.    The Defendants sought permission from Plaintiff's counsel for a voluntary Rule 35 examination of the Plaintiff, but no response has been made to that request.

5.    The Defendants and the Plaintiff have exchanged reports from their experts regarding the condition of the premises.

6.    The Plaintiff has not disclosed who, if any, medical experts will testify on his behalf at trial.

2

        Atlantic Lighting, Inc.
        and Star Metal Finishing, Inc.
        By their attorney,

        /s/ Mark S. Roder
        Mark S. Roder, BBO # 424270
          mroder@travelers.com
        Law Offices of Thomas M. Niarchos
        100 Summer Street, Suite 201
        Boston, MA  02110
        Telephone: (617) 772-2800
        Facsimile: (617) 772-2828

**CERTIFICATE OF SERVICE**

    I hereby certify that this document (Status Report) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 3, 2007.

        /s/ Mark S. Roder
        Mark S. Roder (BBO #424270)
        mroder@travelers.com

EXHIBIT A

# LAW OFFICES
# OF
# THOMAS M. NIARCHOS

| | | |
|---|---|---|
| THOMAS M. NIARCHOS<br>MICHAEL ARTER<br>EDWIN W. BARRETT<br>JOHN R. BOLOGNA<br>DAVID G. BRAITHWAITE<br>BRIAN M. CULLEN<br>DAVID J. DONOVAN<br>JEANETTE M. LUCEY | 100 SUMMER STREET, SUITE 201<br>BOSTON, MA 02110<br>TELEPHONE  617-772-2800<br>FACSIMILE  617-772-2828 | FRANCES D. O'TOOLE<br>TERENCE P. REILLY<br>MARK S. RODER<br>ROBERT P. SNELL<br>STEVEN B. STEIN<br>JAMES T. SULLIVAN<br>RONALD N. SULLIVAN<br>MARIANNE SWENSON<br>SALLY A. VANDERWEELE |

November 30, 2006

Thomas J. Lynch, Esq.
Lynch Associates, P.C.
50 Congress Street, Suite 745
Boston, MA  02109

**RE:**   Case Name:   Ruszala, Raymond  Vs  Atlantic Lighting, Inc., et al
            Court No.:      05-10418LTS
            Claim No.:     011 LR V1X6747 J BK01034419 09T001 001 001
            Our File No.:  0775929

Dear Mr. Lynch:

     I have called you a number of times and left messages for you to call me, but I have not received a return call.   According to the court docket, the Magistrate ordered the plaintiff and my client to prepare a status report which was supposed to be filed on October 26, 2006.   Please call me so that we can prepare the report and comply with the court's order.

     Very truly yours,

     /s/
     Mark S. Roder

MSR:mmm
cc:

EXHIBIT B

# LAW OFFICES OF THOMAS M. NIARCHOS

| | | |
|---|---|---|
| THOMAS M. NIARCHOS<br>MICHAEL ARTER<br>EDWIN W. BARRETT<br>JOHN R. BOLOGNA<br>DAVID G. BRAITHWAITE<br>BRIAN M. CULLEN<br>DAVID J. DONOVAN<br>JEANETTE M. LUCEY | 100 SUMMER STREET, SUITE 201<br>BOSTON, MA 02110<br>TELEPHONE 617-772-2800<br>FACSIMILE 617-772-2828 | FRANCES D. O'TOOLE<br>TERENCE P. REILLY<br>MARK S. RODER<br>ROBERT P. SNELL<br>STEVEN B. STEIN<br>JAMES T. SULLIVAN<br>RONALD N. SULLIVAN<br>MARIANNE SWENSON<br>SALLY A. VANDERWEELE |

December 15, 2006

Thomas J. Lynch, Esq.
Lynch Associates, P.C.
50 Congress Street, Suite 745
Boston, MA 02109

**RE:**   Case Name:   Ruszala, Raymond Vs Atlantic Lighting, Inc., et al
Court No.:   05-10418LTS
Claim No.:   011 LR V1X6747 J BK01034419 09T001 001 001
Our File No.:   0775929

Dear Mr. Lynch:

    I have called you a number of times and left messages for you to call me, but I have not received a return call. I sent you a letter dated November 30, 2006 asking that you call me, but you have failed to do so.

    As stated in my letter, according to the court docket, the Magistrate ordered the plaintiff and my client to prepare a status report which was supposed to be filed on October 26, 2006. Please call me so that we can prepare the report and comply with the court's order. As you discussed with attorney Lucey, we would like to take a voluntary Rule 35 examination of your client as soon as is practical. You also need to provide updated medical records and medical bills.

    If I do not hear from you by December 20, 2006, I will prepare a brief status report myself and file it with the court.

Very truly yours,

/s/
Mark S. Roder

MSR:mmm
cc: Susan Anderson