UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND RUSZALA<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC LIGHTING, INC.<br><br>Defendant. | Civil Action No. 03-10418-DPW |

MOTION TO CONTINUE STATUS CONFERENCE
(ASSENTED)

The plaintiff, with the assent of the defendants, hereby moves this Court to reschedule the status conference, presently scheduled for January 23, 2007 at 2:00 p.m. to Monday, January 29, 2007 or Tuesday, January 30, 2007 or such other date as is convenient to the Court. The grounds for this motion are that plaintiff's counsel is unable to attend the presently scheduled status conference due to a travel conflict and, in order for the status conference to be productive, plaintiff's counsel will present the Court with a petition to approve the settlement with one defendant as has been agreed to by both the co-defendant Ashworth and counsel for the worker's compensation carrier. Counsel for the defendant has assented to the allowance of this motion.

WHEREFORE, the plaintiff, with the assent of the parties, requests the Court to reschedule the status conference as requested.

|  | ASSENTED TO: |
|---|---|
| The Plaintiff<br>Raymond Ruszala<br>By his attorneys | The Defendant<br>Atlantic Lighting, Inc.<br>By its attorneys |
| *(signature)*<br>Thomas J. Lynch<br>BBO# 309230<br>Lynch Associates, P.C.<br>50 Congress Street<br>Boston, MA 02109<br>Telephone: 617-367-1110<br>Facsimile: 617-720-7867<br>Email: tlynch1956@yahoo.com | *(signature)*<br>Mark S. Roder<br>BBO# 507200<br>Law Offices of Thomas Niarchos<br>100 Summer Street<br>Boston, MA 02114<br>Telephone: 617-772-2800<br>Facsimile: 617-772-2828<br>droder@stpaultravelers.com |