UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA

    Plaintiff,

v.

ATLANTIC LIGHTING, INC.

    Defendant.

Civil Action No. 05-10418-DPW

**PLAINTIFF'S PETITION TO APPROVE SETTLEMENT
PURSUANT TO M.G.L. c. 152, §15**

Pursuant to M.G.L. c. 152, §15, the plaintiff hereby requests that this Court approve the settlement of his claim against the defendant, Ashworth Card Clothing, which is in the gross amount of $15,000.00. The plaintiff has also reached an agreement with the workers compensation insurer *reducing but not waiving* the insurer's lien which allows the settlement to be apportioned as follows:

| | |
|---|---|
| Partial Payment to Workers Compensation Insurer | $5,000.00 |
| Attorneys Fees and Expenses | $5,000.00 |
| Net Recovery to Plaintiff | $5,000.00 |

The Plaintiff submits that this settlement is in his best interests as it provides him with a recovery from one of the defendants while still preserving his claim against the remaining defendant, Atlantic Lighting. The Plaintiff further informs

the Court that he has discussed this matter with his attorneys and understands that he is giving up all claims he has or ever has had against the settling defendant, Ashworth Card Clothing, Inc.

The Plaintiff

_____
Raymond Ruszala

Witness to Plaintiff

_____

Print Name and Address

Marie R. Cruz-Quyan
Gales Ferry, CT

Counsel for Plaintiff

_____
Thomas J. Lynch
BBO# 309230
Lynch Associates, P.C.
10 McGrath Highway
Quincy, MA 02169

The Defendant
Ashworth Card Clothing, Inc.
By Its Attorneys

_____
Holly J. Caldwell       by TZ
Ropes & Gray
One International Place
Boston, MA 02110

Counsel for Workers Compensation Insurer

_____
Robert S. Bystrowski, Esq.  Robert Dombrowski, Esq.
Morrison, Mahoney LLP
1 Constitution Plaza
10th Floor
Hartford, CT 06103