UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RAYMOND RUSZALA**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**ATLANTIC LIGHTING, INC.**<br><br>　　　　Defendant. | Civil Action No. 03-10418-DPW |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff, Raymond Ruszala and the defendant, Ashworth Card Clothing, hereby stipulate to dismiss an and all claims asserted by the plaintiff against the defendant, Ashworth Card Clothing, Inc., with prejudice and without costs, all rights of appeal being waived.

| | |
|---|---|
| The Plaintiff<br>Raymond Ruszala<br>By his attorneys<br><br>*/s/ Thomas J. Lynch*<br>Thomas J. Lynch<br>BBO# 309230<br>Lynch Associates, P.C.<br>10 McGrath Highway<br>Quincy, MA 02169 | The Defendant<br>Ashworth Card Clothing, Inc.<br>By its attorneys<br><br>*/s/ Holly J. Caldwell* by TJL<br>Holly J. Caldwell<br>BBO#655031<br>Ropes & Grey<br>One International Place<br>Boston, MA 02109 |

ASSENTED

The Defendant
Atlantic Lighting, Inc.
By its attorneys

*Mark S. Roder*
Mark S. Roder (BBO #424270)
Law Office of Thomas Niarchos
100 Summer Street
Boston, MA 02108