UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA

        Plaintiff,

v.

ATLANTIC LIGHTING, INC.

        Defendant.

Civil Action No. 03-10418-LTS

**EMEREGENCY MOTION OF PLAINTIFF'S COUNSEL
FOR LEAVE TO WITHDRAW APPEARANCE**

Counsel for the plaintiff, Thomas J. Lynch, hereby moves for leave to withdraw his appearance as counsel. The grounds for this motion, which appear more fully in the Affidavit of Counsel in Support of Emergency Motion to Withdraw, are that, on May 10, 2007, in the course of a voluntary mediation at which time the parties were attempting to settle this matter, the Plaintiff, Raymond Ruszala, discharged his attorney, refused to participate further in the mediation process and left offices of Pre-Trial Solutions., Inc., where the mediation was taking place. Since that time, counsel for the plaintiff has had no further communication from the plaintiff. As this matter is scheduled for trial on June 4, 2007, counsel must have the court's approval to withdraw his appearance even if counsel's services have been terminated by the party in the action. Contemporaneous with the filing of this motion, counsel for the plaintiff has filed

an Emergency Motion to Continue Trial (Assented) in order to permit Mr. Ruszala to attempt to obtain new counsel or to prepare to act as his own attorney. Counsel has served this motion on Mr. Ruszala by Federal Express and first class mail, postage pre-paid as in the past certified mail sent to Mr. Ruszala has been returned unclaimed.

**WHEREFORE**, counsel for the plaintiff requests that the court allow this motion and permit him to withdraw his appearance as counsel for the plaintiff.

The Plaintiff
Raymond Ruszala

_____
Thomas J. Lynch
BBO# 309230
Lynch Associates, P.C.
10 McGrath Highway
Quincy, MA 02169