UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND RUSZALA<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC LIGHTING, INC.<br><br>Defendant. | Civil Action No. 03-10418-LTS |

## MOTION TO CONTINUE TRIAL (ASSENTED)

The plaintiff, with the assent of the defendant, hereby moves this Court to continue the trial of this matter, presently scheduled for June 4, 2007 to another date as is convenient to the Court. The grounds for this motion are that, on May 10, 2007, the plaintiff discharged his attorney, Thomas J. Lynch, as counsel in this matter. In order for the plaintiff to seek substitute counsel or to prepare to act *pro se* he will need additional time beyond the present trial date.

WHEREFORE, the plaintiff, with the assent of the parties, requests the Court to continue the trial date to a date and time convenient to the court

|  | ASSENTED TO: |
|---|---|
| The Plaintiff<br>Raymond Ruszala<br>By his attorneys | The Defendant<br>Atlantic Lighting, Inc.<br>By its attorneys |

Thomas J. Lynch
BBO# 309230
Lynch Associates, P.C.
10 McGrath Highway
Quincy, MA 02169
Telephone: 617-367-1110
Facsimile: 662-301-1120

Mark S. Roder
BBO# 507200
Law Offices of Thomas Niarchos
100 Summer Street
Boston, MA 02114
Telephone: 617-772-2800
Facsimile: 617-772-2828