UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA,
    Plaintiff,

v.

                      CIVIL ACTION NO. 05-10418-LTS

ATLANTIC LIGHTING, INC.
ASHWORTH CARD CLOTHING, INC.
and STAR METAL FINISHING, INC.,

    Defendants.
================================

## TRIAL DISCLOSURES OF DEFENDANTS ATLANTIC LIGHTING, INC. and STAR METAL FINISHING, CO., INC.

Defendants' Exhibits

1. Photograph
2. Photograph
3. Photograph
4. Photograph
5. Photograph
6. Photograph
7. Photograph
8. Commercial Lease between ECC Card Clothing, Inc. and Star Metal Finishing, Inc.

Defendant's Witness

1. Gabriel Estrela – 645 Hailes Hill Road, Swansea, Massachusetts (508-678-5411)
2. Eduarda Estrela – 645 Hailes Hill Road, Swansea, Massachusetts (508-678-5411)
3. Carol Pacheo – 1414 Stafford Road, Fall River, Massachusetts (508-678-5411)
4. John M. Orlowski, P.E. (expert witness) 11 Vanderbilt Avenue, Suite 120, Norwood, Massachusetts (781-762-8377)

Copies of all Exhibits and a copy of Mr. Orlowski's report are attached to the submission made to the plaintiff, but were not sent electronically with the filing of this document with the court.

Atlantic Lighting, Inc.
and Star Metal Finishing, Inc.
By their attorney,

/s/ Mark S. Roder_____
Mark S. Roder, BBO # 424270
mroder@travelers.com
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA  02110
Telephone: (617) 772-2800
Facsimile: (617) 772-2828

**CERTIFICATE OF SERVICE**

    I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 26, 2007 and paper copies will be sent to those indicated as non-registered participants on September 25, 2007.

  /s/ Mark S. Roder_
Mark S. Roder (BBO #424270)
mroder@travelers.com

2