## *LAW OFFICES*
## *OF*
## *THOMAS M. NIARCHOS*

THOMAS M. NIARCHOS
MICHAEL ARTER
EDWIN W. BARRETT
JOHN R. BOLOGNA
DAVID G. BRAITHWAITE
BRIAN M. CULLEN
DAVID J. DONOVAN
JEANETTE M. LUCEY

100 SUMMER STREET, SUITE 201
BOSTON, MA 02110
TELEPHONE  617-772-2800
FACSIMILE  617-772-2828

FRANCES D. O'TOOLE
TERENCE P. REILLY
MARK S. RODER
ROBERT P. SNELL
STEVEN B. STEIN
JAMES T. SULLIVAN
RONALD N. SULLIVAN
MARIANNE SWENSON
SALLY A.  VANDERWEELE

September 25, 2007

**By Certified Mail Return Receipt Requested**
**And by First Class Mail, Postage Prepaid**

**Cert. Mail No. 7006 0100 0001 3022 1292**

Mr. Raymond Ruszala
34 Pearl Street
Norwich, Connecticut 06360-4914

**RE:**  Case Name:   Ruszala, Raymond  v.  Atlantic Lighting, Inc., et al
       Court No.:    U. S. Dist. Ct. of Mass. Case No. 05-10418LTS
       Claim No.:    011 LR V1X6747 J BK01034419 09T001 001 001
       Our File No.: 0775929

Dear Mr. Ruszala,

As you know, on June 18, 2007, the Court entered an Order Setting Case for Trial, a copy of which I have enclosed for your convenience.  I have not received notice that you have engaged an attorney to represent you in this matter.  I checked the federal court docket in this case today, but did not see that any attorney has entered an appearance on your behalf.   Based upon the above, I assume you intend to represent yourself at the October 29, 2007 trial.

Enclosed please find a document entitled Trial Disclosures of Defendants Atlantic Lighting, Inc. and Star Metal Finishing , Inc. Made Pursuant to June 18, 2007 Order Setting Case for Trial.  This document discloses the exhibits the defendants intend to introduce at trial and identifies witnesses expected to testify for the defendants at trial.   For your convenience, I have enclosed copies of all the exhibits.  Note that pursuant to the Court's order, you are required to serve me with your list of exhibits and witnesses.  If you have any objections to the exhibits or witnesses I have identified, you need to serve me with a written response to identify the exhibit and the grounds for your objections.   You can mail your response to me at the above address.  You can fax your response to my attention at 617-772-2828.  Alternatively, you can email

*Not a Partnership or Professional Corporation.*
*All Attorneys are Staff Counsel for the Travelers Indemnity Company*
*and its Property Casualty Affiliates.*

your response to me.  My email address is mroder@travelers.com. Any objection you have must be served upon me no later than **October 5, 2007**.

      Also enclosed is a draft of the Joint Pretrial Memorandum which includes the defendant's portion of the memorandum.   If you provide me with your portion of the joint pretrial, I will incorporate your portion of into the Joint Memorandum and file it with the court.  Note that in order to do this; I must receive your portion of the memorandum no later than **October 10, 2007** as the Joint Pretrial Memorandum must be filed with the Court by **October 15, 2007.**

      If you have any questions concerning the above, please do not hesitate to call me.  Note that if we have any disagreements concerning exhibits, or items to put into the joint pretrial memorandum, we need to speak by telephone to see if we can resolve those differences.

Very truly yours,

/S/ Mark S. Roder
Mark S. Roder

MSR:mmm
enc.
cc:    Susan Anderson
       Eddie Estrella
       Also filed electronically with the Court