UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND RUSZALA,
    Plaintiff,

v.

                          CIVIL ACTION NO. 05-10418-LTS

ATLANTIC LIGHTING, INC.
ASHWORTH CARD CLOTHING, INC.
and STAR METAL FINISHING, INC.,

    Defendants.
=================================

### AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION
### TO DISMISS PLAINTIFF'S COMPLAINT

    I, Mark Roder, upon oath do depose and state the following:

1.     I am the attorney of records for the Defendants Atlantic Lighting, Inc. and Star Metal Finishing, Inc. (hereinafter referred to as "the defendants") and have personal knowledge of the following.

2.     On January 29, 2007 the Court held a status conference at which time it ordered that a final pretrial conference was scheduled for May 29, 2007 and a June 4, 2007 trial date was assigned. The plaintiff was to appear for an Independent Medical Examination by April 1, 2007 and the parties were to attempt private mediation.

3.     An independent medical examination was arranged with Dr. Hyman Glick. The plaintiff was supposed to appear on April 2, 2007 for his examination. The plaintiff failed to appear for his independent medical examination. A private mediation with attorney Sarah Worley was scheduled for May 10, 2007. During the course of the mediation, counsel for the plaintiff, Thomas Lynch, informed me and the mediator that he had been discharged by his client.

4.  Attorney Lynch filed a motion to withdraw as counsel for the plaintiff which was allowed on May 21, 2007 after a hearing attended by attorney Lynch, myself and the plaintiff, who appeared by telephone. At that time, the Court scheduled a status conference for June 5, 2007 with an order that the plaintiff secure new counsel by that date, or appear Pro Se.

5.  The June 5, 2007 conference was rescheduled to June 14, 2007. I appeared on June 14, 2007 representing the defendants. The plaintiff did not appear and telephone calls made to the plaintiff were not answered.

6.  On September 25, 2007, I sent a draft of the Joint Pretrial Memorandum to the Pro Se plaintiff by certified mail, return receipt requested and by first class mail to 34 Pearl Street, Norwich, Connecticut 06360. This is the address that was provided to me by the Clerk's office. According to notations contained on the returned certified mail, return receipt package, deliveries were attempted on September 27, 2007, October 4, 2007 and October 12, 2007, but the package was not claimed by the plaintiff. The original package as returned to me is attached as Exhibit A to the hard copy of this affidavit and will be filed with the Court at the October 25, 2007 final pretrial conference. As of October 19, 2007, the package delivered by first class mail has not been returned to counsel for the defendants as being undeliverable.

7.  Included with the cover letter of September 25, 2007 was a copy of the Court's June 18, 2007 Order. A copy of this letter was filed electronically with the Court. In the September 25, 2007 letter, I requested that the plaintiff mail, fax or email his changes to the pretrial memorandum to me. I also included was a copy of the Trial Disclosures of Defendants Atlantic Lighting, Inc. and Star Metal Finishing, Co., Inc. which was filed electronically with the Court.

8.  The plaintiff did not respond to the September 25, 2007 letter either by telephone, e-mail, fax or by letter. The plaintiff did not provide me with a list of his exhibits, or identify any

2

witnesses or expert witnesses he intended to call by the September 28, 2007 deadline as required by the Court's Order. The plaintiff did not serve objections to the defendant's disclosures by October 5, 2007 as required by the Court's Order.

9. On October 16, 2007 I called the plaintiff at two phone numbers which were provided to me by the clerk's office. The first number, 860-204-9166 was not in service. On October 16, 2007 at 2:35 p.m. I made a second call to the other number provided, 860-884-2649. This call was answered by a male. I asked this person if he was Raymond Ruszala and was told that he was Raymond Ruszala. I started to ask Mr. Ruszala about the pretrial conference, but he cut me off. Mr. Ruszala stated that he had company and asked if I could call him back in 15 minutes.

10. On October 16, 2007 at 3:00 p.m. I called the plaintiff a third time. The plaintiff did not answer and the call was forwarded to a voice mail answering service. I provided my direct line telephone number and left a message for the plaintiff to call me to discuss the completion of the joint pretrial memorandum. I made a fourth call on October 16, 2007 at 4:00 p.m., but the plaintiff did not answer and the call was forwarded to a voice mail answering service. I left a message for the plaintiff to call me to discuss the completion of the joint pretrial memorandum and provided my direct line telephone number. I did not receive a return call from the plaintiff on October 16, 2007. I did not receive a voice mail message from the plaintiff on October 16, 2007 in response to the calls made that day. I did not receive a fax from the plaintiff on October 16, 2007 in response to the calls made that day.

11. On October 17, 2007, I made a fifth call at 9:50 a.m., but the plaintiff did not answer and the call was forwarded to a voice mail answering service. I provided my direct line telephone number and left a message for the plaintiff to call me to discuss the completion of the joint pretrial memorandum. I also stated there was a pretrial conference that was to be held on

3

October 25, 2007 in the federal court in Massachusetts.  On October 17, 2007 at 12:36 p.m. I made a sixth call to the plaintiff, but the plaintiff did not answer and the call was forwarded to a voice mail answering service.  I left my direct line telephone number and left a message for the plaintiff to call me and discuss preparation of the joint pretrial memorandum.  I did not receive a return call from the plaintiff on October 17, 2007.  I did not receive a voice mail message from the plaintiff on October 17, 2007 in response to the calls made that day.  I did not receive a fax from the plaintiff on October 17, 2007 in response to the calls made that day.

12.     On October 18, 2007, I made a seventh call at 10:36 a.m., but the plaintiff did not answer and the call was forwarded to a voice mail answering service.  I provided my direct line telephone number and left a message for the plaintiff to call me to discuss the completion of the joint pretrial memorandum.  On October 18, 2007, I made an eighth call to the plaintiff at 2:12 p.m., but the plaintiff did not answer and the call was forwarded to a voice mail answering service.  I left my direct line telephone number and left a message for the plaintiff to call me and discuss preparation of the joint pretrial memorandum.  I also entered by direct line telephone number in the paging option that was offered by the plaintiff's voice mail service.   I did not receive a return call from the plaintiff on October 18, 2007.  I did not receive a voice mail message from the plaintiff on October 18, 2007 in response to the calls made that day.  I did not receive a fax from the plaintiff on October 18, 2007 in response to the calls made that day.

13. As of October 19, 2007, the plaintiff has not returned any of the phone calls I made. I have not received any written communication from the plaintiff at any time. The plaintiff has not participated in the preparation of the Joint Pretrial Memorandum. The plaintiff has failed to identify any witnesses or exhibits that will be introduced at trial.

Signed under the penalties of perjury on October 19, 2007.

/s/ Mark S. Roder_____
Mark S. Roder, BBO # 424270
mroder@travelers.com
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA  02110
Telephone: (617) 772-2800
Facsimile: (617) 772-2828

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on.

/s/ Mark S. Roder
Mark S. Roder (BBO #424270)
mroder@travelers.com